IN THE UNITED STATES BANKRUPTCY COURT
WESTER DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 25-51011 |
| **DEBORAH JO TALLANT** | § | |
| | § | Chapter 13 |

### AMENDED NOTICE OF HEARING ON DEBTOR(S) EXPEDITED MOTION FOR CONTINUATION OF AUTOMATIC STAY AFTER PRIOR DISMISSAL WITHIN YEAR OF FILING

Please be advised that the Hearing on the Debtor(s)' Expedited Motion for Continuation of Automatic Stay After Prior Dismissal Within a Year of Filing will take place on May 27, 2025 at 9:30 AM via TELEPHONE Conference.

Dial-In Number:669-254-5252
ID: 160 8446 6872

Respectfully submitted,

/s/ Nicholas C Inman
Nicholas C Inman
State Bar No. 00787747
860 Airport Freeway Suite 401
Hurst, TX 76054
Dallas, TX 75206
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

This Notice (along with the Motion and Order Setting Hearing) was served either via ECF Noticing or U.S. Mail, postage prepaid, first class mail to the following parties listed below on May 22, 2025.

**DEBTOR**
Deborah Jo Tallant
185 Pullman Rd.
La Vernia, TX 78121

**CHAPTER 13 TRUSTEE**
Mary K. Viegelahn
10500 Heritage Blvd., Ste. 201
San Antonio, TX 78216

**US TRUSTEE**
U.S. Trustee
615 E. Houston St., Ste. 533
San Antonio, TX 78205

Along with the attached creditor matrix.

/s/ Nicholas C Inman
Nicholas C Inman